Timothy Lee COLES, Plaintiff–Appellant,

v.

Commonwealth of VIRGINIA; Virginia Department of Corrections; Larry W. Huffman, Regional Director; Lonnie M. Saunders, Warden; D. Swisher, Ex Hearings Officer; M.K. Basham, Corrections Officer, Defendants–Appellees.

No. 01–7945.

United States Court of Appeals, Fourth Circuit.

Submitted March 4, 2002.

Decided March 11, 2002.

Timothy Lee Coles, Appellant Pro Se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Timothy Lee Coles, a Virginia inmate, appeals the district court's order denying relief on his amended 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We

---

have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Coles v. Virginia,* No. CA–01–131–3 (E.D.Va. Nov. 7, 2001). We also deny Coles' motion for appointment of counsel and his motion for an injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*